Presiding Judge,

I have a capital murder charge and i had a court appointed lawyer. I need help with my apeals iam acuetley innocent i have newly discoverd ivendence. plus i had inrafercent of counsel my lawyer told me that if i did not do what he told me that they the D.A would kill me by lethel injection. I had no part of this crime that took place i was framed and have proof that i was. The other defedent in my case wants to tell the truth its been five years now ive been down here a innocent man. I wrote my county courts and had no response at all. Can u please help me. Thank you

Justin childs # 1792683
2664 FM 2054
Tenn-colony TX, 75886

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 20 2015

Abel Acosta, Clerk